EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 11 2002

at ___ o'clock and ___ min. ___M.
WALTER A. Y. H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SOLOMON K. TAMPON,<br>a/k/a SOLOMON KAIHUE KALUA<br>KALANI,<br><br>                    Defendant. | CR. NO. CR 02-00131 HG<br><br>INDICTMENT<br><br>(18 U.S.C. §§ 922(g) & 924(e)) |

### INDICTMENT

### Count 1

The Grand Jury Charges:

On or about May 26, 2000, in the District of Hawaii,

the defendant, SOLOMON K. TAMPON, A/K/A SOLOMON KAIHUE KALUA

KALANI, a person who had three previous  convictions for violent

felonies and serious drug offense as defined in 18 United States

Code, Section 924(e)(2), then being a person who had been

convicted of a crime punishable by imprisonment for a term
exceeding one year, did knowingly possess in and affecting
commerce ammunition, that is, .38 caliber bullets.

All in violation of Title 18, United States Code,
Sections 922(g)(1),924(a)(2) & 924(e).

### Count 2

The Grand Jury further charges:

On or about May 26, 2000 in the District of Hawaii,
defendant  SOLOMON K. TAMPON, A/K/A SOLOMON KAIHUE KALUA
KALANI, a person who had three previous  convictions for violent
felonies and serious drug offenses as defined in 18 United States
Code, Section 924(e)(2), then being an unlawful user of a
controlled substance as defined in 21 U.S.C. Sec. 802, did
knowingly possess in and affecting commerce ammunition, that is,
.38 caliber bullets.

All in violation of Title 18, United States Code,
Sections 922(g)(3) 924(a)(2) & 924(e).

### Count 3

The Grand Jury Further Charges:

On or about May 26, 2000, in the District of Hawaii,
the defendant,  SOLOMON K. TAMPON, A/K/A SOLOMON KAIHUE KALUA
KALANI, a person who had three previous  convictions for violent
felonies and serious drug offense as defined in 18 United States
Code, Section 924(e)(2), then being a person who had been

2

convicted of a crime punishable by imprisonment for a term
exceeding one year, did knowingly possess in and affecting
commerce a firearm, that is, a Smith & Wesson.38 caliber
revolver.

All in violation of Title 18, United States Code,
Sections 922(g)(1) and 924(a)(2) & 924(e).

## Count 4

The Grand Jury further charges:

On or about May 26, 2000 in the District of Hawaii,
defendant SOLOMON K. TAMPON, A/K/A SOLOMON KAIHUE KALUA
KALANI, a person who had three previous  convictions for violent
felonies and serious drug offenses as defined in 18 United States
Code, Section 924(e)(2), then being an unlawful user of a
controlled substance as defined in 21 U.S.C. Sec. 802, did
knowingly possess in and affecting commerce, a firearm, that is,
a Smith & Wesson.38 caliber revolver.

\\

\\

\\

\\

\\

\\

\\

\\

All in violation of Title 18, United States Code,

Sections 922(g)(3), 924(a)(2) & 924(e)

DATED: _____4/11/02_____, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
per ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Tampon;*
"Indictment"

4