EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Assistant U.S. Attorney

JIMMY CHEN
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9248
Facsimile: (808) 541-2958
E-mail:    Jimmy.chen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00131 ACK |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| SOLOMON K. KALUA, | ) | [18 U.S.C. § 922 (g)(1)] |
| Defendant. | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses without prejudice the Indictment against SOLOMON K. KALUA on the grounds that the Defendant has been sentenced to a substantial term of incarceration from charges arising from the same incident

in the County of Maui, and the United States' recent realization that there was significant impeachment information against a crucial Government witness which may not have been provided to the defense in connection with the suppression hearing.

The Defendant was brought into federal custody on a Writ of Habeas Corpus Ad Prosequendum from State of Hawaii custody and, thus, is not in custody on the dismissed charge listed above.

DATED:   Honolulu, Hawaii, October 27, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
JIMMY CHEN
Sp. Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

ALAN C. KAY
ALAN C. KAY
SENIOR UNITED STATES DISTRICT JUDGE

United States v. SOLOMON K. KALUA
CR. NO. 02-00131 ACK
"Order for Dismissal"