IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>          Plaintiff,          )<br>                               )<br>     vs.                       )<br>                               )<br>SOLOMON K. KALUA, (01)         )<br>                               )<br>          Defendant.           )<br>_____ ) | CR. NO. 02-00131-01 ACK |

FINDINGS AND RECOMMENDATIONS ON
CRIMINAL JUSTICE ACT COMPENSATION CLAIM

Counsel for defendant, Emmanuel G. Guerrero, Esq., has submitted a voucher and claim for payment in the amount of $ 1,492.60.  The Court's panel for review of CJA claims for compensation and reimbursement has reviewed this claim.  Pursuant to the recommendation of the panel, this Court finds that considering the nature of the charges herein and the results procured, the claim is justified.

Pursuant to the recommendation of the panel, this Court recommends that the Court authorize payment of $ 0 for in court compensation, $ 1,485.00 for out of

court compensation, and $ 7.60 for other expenses, for a total payment of $ 1,492.60 as requested by counsel.

    DATED: Honolulu, Hawaii,



_____
Kevin S.C. Chang
United States Magistrate Judge

USA vs. SOLOMON K. KALUA (01); CRIMINAL NO. 02-00131-01 ACK; FINDINGS AND RECOMMENDATION ON CRIMINAL JUSTICE ACT COMPENSATION CLAIM